60

In the Matter of Frank APFEL, also known as Frank L. Apfel, Bankrupt.

Appeal of Robert C. SPROUL, Jr., Trustee in Bankruptcy.

No. 9094.

Circuit Court of Appeals, Third Circuit.

Argued June 17, 1946.

Decided July 3, 1946.

John A. Metz, of Pittsburgh, Pa. (Bernard Goodman, of Pittsburgh, Pa., on the brief), for appellant.

J. Roland Johnston, of Pittsburgh, Pa. (Kenneth G. Jackson, and Thorp, Bostwick, Reed & Armstrong, all of Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS and O'CONNELL, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

We have examined the briefs and the appendices filed by the parties. We have given careful consideration to the contentions of the trustee in bankruptcy. We perceive no error in the decision of the court below. Accordingly its decree is affirmed. 63 F.Supp. 96.

UNITED STATES of America v. Louis B. SLESS, Appellant.

No. 9114.

Circuit Court of Appeals, Third Circuit.

Argued May 6, 1946.

Decided May 23, 1946.

George R. Sommer, of Newark, N. J., for appellant.

Charles A. Stanziale, of Newark, N.J. (Edgar H. Rossbach, U. S. Atty., and Samuel Cohen, Atty. in Charge Alcohol Tax Unit, both of Newark N. J., on the brief), for appellee.

Before EDGERTON, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

All except one of the points made by the appellant in this case may be dismissed without discussion. He claims however, that the charge of the trial judge failed to instruct the jury as to the nature of the offense charged. He, therefore, calls for a new trial within the rule laid down by the recent decisions of this Court. United States v. Levy, 3 Cir., 1946, 153 F. (2d) 995; United States v. Noble, 3 Cir., 1946, 155 F.(2d) 315; United States v. Max, 3 Cir., 1946, 156 F.(2d) 13. We think that in this case the Judge's charge is not subject to attack on the basis of the decisions cited and that it was fully adequate to inform the jury of the nature of the offenses, for the commission of which the defendant was being tried.

The judgment is, therefore, affirmed.